AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**JERMAINE SCALES**
**DOB:** xx/xx/xx
**PDID** xxx-xxx

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **MAY 1, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a loaded Colt .45 handgun and a Taurus .45 handgun.**

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER PHILLIP TRIDICO**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER PHILLIP TRIDICO**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at  **Washington, D.C.**
Date                                                                       City and State

_____           _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

## STATEMENT OF FACTS

On Tuesday, May 1, 2007, at approximately 5:35 p.m., sworn officers with the Metropolitan Police Department's Sixth District were responding to a 911 call of juveniles fighting in the 3400 block of Eads Street, N.E., Washington, D.C. when they were approached by a person about a man with a weapon getting into a vehicle bearing DC tag CM5185. A short time later, officers observed the defendant, Jermaine Scales, parking the vehicle in front of 117 34th Street, S.E., Washington D.C. which is the listed address of the vehicle. As officers approached Scales, they observed a dark colored handgun in Scales' waistband. Scales began running with officers in pursuit. While the defendant was running, two handguns fell from his waistband. The defendant picked up the weapons and continued to run. The defendant stopped at a fence in the 3400 block of 34th Street, S.E. and threw both weapons over the fence and proceeded to escape. Immediately after the weapons fall to the ground, the police recovered them. Officers got a good look at the defendant and if they saw him again, they would be able to identify him. Officers recovered a loaded Colt .45 caliber handgun and a Taurus .45 caliber handgun.

On Friday, May 11, 2007, at approximately 4:30 p.m., sworn officers with the Metropolitan Police Department's Sixth District stopped Jemaine Scales in the rear of 3547 East Capitol Street, S.E., Washington, D.C. The same officers who chased the defendant on May 1st responded to the scene and positively identified the defendant and placed him under arrest.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the weapon taken from defendant nor the ammunition in it was manufactured in the District of Columbia.

_____
OFFICER PHILLIP TRIDICO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MAY, 2007.

_____
U.S. MAGISTRATE JUDGE