07-Mj-215

**2007 FDC 010942**

**UNITED STATES vs. JERMAINE SCALES**

aka

PDID #:

Lock up number:

File Date **05/12/2007**

**FILED**

MAY 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

24901  2007

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### PRISONER TRANSFER REQUEST



TO: ☒ Department of Corrections
☐ St. Elizabeths Hospital
☒ Other: _____

*Mcndcuy*

Date Appearance Requested: ▶ 5/14/07

RELEASE from your custody the following named Prisoner (s) to be brought to the Superior Court cellblock for the reason (s) indicated:

| CASE NUMBER | NAME OF PRISONER (Last, First, Initial) Show aliases if known | PDID NO. and/or DCDC NO. | REASON PRISONER NEEDED | Per"Eld Itms are to be and |
|---|---|---|---|---|
| | Scales Jermaine | | District | |
| | | | Court | |
| | District Court | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SIGNATURE OF REQUESTER | OFFICE OF REQUESTER C10 | PHONE NO.: 1501 |
|---|---|---|
| PERSON AUTHORIZING RELEASE | DATE: 5/12/07 | |

Form CD-1047/July 98

• U.S. GPO: 1999-516-00194521

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No._____    *USC 86*    TOT _____

Vs.    P.D.I.D. No._____

**Jermaine Scales** (Defendant)

☑ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: **Monday, May 14, 2007**

### COMMITMENT/RELEASE

☑ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME: **Jermain Scales**

Address:_____

Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: **5/12/07**    _____
JUDICIAL OFFICER PRESIDING

white-court    yellow-usao    Pink-defense

CD-3026/Mar. 03

#edcV#edcV#e#edcVfr4#edcVfr4#edcVfr4%tgbAO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| JERMAINE SCALES<br>DOB:<br>PDID: | CASE NUMBER: |

JERMAINE SCALES

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___May 1, 2007___ in ___Washington, D.C.___ county, in the _____ District of ___Columbia___ defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, unlawfully possess in or affecting commerce, any firearm or ammunition and did receive any firearm or ammunition which had been shipped or transported in interstate or foreign commerce.

in violation of Title ___18___ United States Code, Section(s) ___922(g)___.

I further state that I am ___Philip Tridico, Officer, Metropolitan Police Department___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA, Rhonda Redwood (202) 514-7721
Sworn to before me and subscribed in my presence,

Signature of Complainant
Philip Tridico, Officer
Metropolitan Police Department

_____            at   ___Washington, D.C.___
Date                                                    City and State

_____            _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**
V.

JERMAINE SCALES
DOB:

PDID:

    The event occurred on 5/1/07 at approximately 1754 hours in front of Washington, D.C. Officers Todd and Cullen received a radio run for "juveniles fighting" at 34th and Eads St, N.E. Upon arrival on the scene, Officer Todd and Officer Cullen were flagged down by an unidentified citizen who stated she observed a blue Ford Explorer bearing DC Tag pull up in front of River Terrace Elementary School. The citizen advised the vehicle was being operated by a black female. The citizen went on to advise the officers that a black male exited the vehicle and a handgun fell from his waistband. At that time, the black male, later identified as Defendant Jermaine Scales, bent over and picked up the weapon and re-entered the passenger side of the vehicle. The vehicle left the scene, after picking up a small child, and headed eastbound on Benning Rd towards Minnesota Ave, N.E. The citizen did not want to give her name or any contact information.

    Officer Cullen broadcast the lookout to members in the field. While canvassing Benning Rd., the dispatcher advised that the tag              was listed to a 6D address of             . Officers Todd and Cullen responded to the              St, S.E. to investigate further. As Officers Todd and Cullen entered the block, they observed a Blue Ford Explorer bearing DC Tag # CM 5185 parking in front of              Officer Todd activated the emergency equipment in an attempt to conduct a traffic stop. Off. Todd advised that the vehicle was being operated by a female. Officer Cullen observed the Defendant exit the passenger side of the vehicle. Upon approach, the Defendant turned and faced Off. Cullen and stated "Oh Fuck!!!" Off. Cullen observed a dark colored handgun sticking out from the Defendant's waistband. The Defendant then fled the scene on foot. Off. Todd and Off. Cullen then gave chase.

    Off. Todd never lost sight of the Defendant. The Defendant ran up a hill where he slipped and fell, causing two weapons to fall from his waistband. The Defendant then picked up both handguns and placed them back into his waistband and continued running. As he ran, the Defendant reached into his waistband and pulled both weapons from his waistband in an attempt to throw both weapons over a 10 foot high iron fence. One of the weapons cleared the fence and the other weapon bounced off of the fence and fell where the Defendant was standing. The Defendant then picked up the weapon and tossed it over the fence again. The Defendant fled inside of a private residence where he made good his escape. Offs. Todd and Cullen could both identify the defendant. Subsequent investigation revealed the Defendant's name to be Jermaine Scales, DOB              Both weapons were subsequently test fired and determined to be operable.

    On May 11, 2007 at approximately 1630 hours, the Defendant was stopped by Off. Staliper in the rear of                            t., S.E. for a second sighting. Officers Todd and Tridico responded to the scene. Officer Todd positively identified the Defendant (Jermaine Scales, DOB              as the individual he observed with the two weapons on May 1, 2007.

The Defendant was placed under arrest for CPWL and transported to the Sixth District station for processing. A criminal background check of the Defendant revealed that he has a prior conviction for Carrying a Pistol Without a License Outside Home/Business, Case No. 2004 Fel 7954 in the District of Columbia Superior Court.

SUBSCRIBED AND SWORN BEFORE THIS __12th__ DAY OF __May__ 2007

OFFICER Tridico, P.   BADGE 2293   DISTRICT 6D   DEPUTY CLERK